NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: GODO KAISHA IP BRIDGE 1,**
*Appellant*

---

2023-2103

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,645.

---

**JUDGMENT**

---

FADI KIBLAWI, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by WILLIAM MANDIR.

MICHAEL TYLER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by MONICA BARNES LATEEF, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 3, 2024
Date

Jarrett B. Perlow
Clerk of Court